### S91A0185. ZANT v. HARRISON.
(402 SE2d 518)

PER CURIAM.
This case is controlled by *Ross v. Kemp,* 260 Ga. 312 (393 SE2d 244) (1990).
*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 21, 1991.

*Michael J. Bowers, Attorney General, Susan V. Boleyn, Senior Assistant Attorney General, Paula K. Smith, Assistant Attorney General,* for appellant.
*Davis, Polk & Wardwell, Bradley J. Butwin, Ogden N. Lewis, George Vuoso, Troutman, Sanders, Lockerman & Ashmore, Trammell E. Vickery,* for appellee.